# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDY GRAY,<br><br>  Defendant. | Case No. 1:21-cv-00421-AWI-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

William J. Gradford ("Plaintiff"), proceeding pro se in this action, filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on March 15, 2021.  (ECF No. 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court HEREBY GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **March 17, 2021**

                                  UNITED STATES MAGISTRATE JUDGE

1