# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD, | Case No.  1:21-cv-00421-AWI-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF FILE AN AMENDED COMPLAINT OR NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| ANDY GRAY, | (ECF No. 7) |
| Defendant. | FOURTEEN DAY DEADLINE |

William J. Gradford ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On March 25, 2021, Plaintiff's complaint was screened and found to state a cognizable claim.  (ECF No. 4.)  Plaintiff was ordered to either file a first amended complaint or notice of intent to proceed on the cognizable claim within thirty days.  (Id.)  On April 1, 2021, Plaintiff filed a notice stating that he wished to proceed on the cognizable claims.  (ECF No. 5.)  On April 5, 2021, findings and recommendations issued recommending the dismissal of certain claims and that this action proceed only on Plaintiff's claim that Andy Gray ("Defendant") retaliated against him by extending his probation.  (ECF No. 6.)  The findings and recommendations provided that any objections were to be filed within fourteen days.  (Id.)

On April 12, 2021, Plaintiff filed a document entitled "Plaintiff's request to withdrawl [sic] response to findings and recommendations in this case."  (ECF No. 7.)  Plaintiff states that

1

he wishes to withdraw his response to the findings and recommendations in this case and amend. (Id. at 1.)  However, Plaintiff has not filed a response to the findings and recommendations, so there is no response to be withdrawn.  Plaintiff also states that he is unable to prosecute this case and has sought an order in another case, Gradford v. Velasco, No. 1:20-cv-00543-NONE-EPG-PC.  He further states, "Proper Jurisdiction intended to amend."  (Id. at 2.)

It is unclear from the document filed whether Plaintiff is seeking to dismiss this action, as he states that he is unable to prosecute this case, or if he is seeking leave to amend.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **fourteen (14) days** of the date of entry of this order, Plaintiff shall either file

    a) a first amended complaint; or

    b) a notice of voluntary dismissal of this action; and

2. Failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **April 15, 2021**                             _____
                                                                            UNITED STATES MAGISTRATE JUDGE