# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>ANDY GRAY,<br><br>Defendant. | Case No. 1:21-cv-00421-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS<br><br>(ECF Nos. 4, 5, 6, 7, 10, 12) |

William J. Gradford ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 which was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 5, 2021, the magistrate judge filed a findings and recommendations. (ECF No. 6.) The findings and recommendations recommended that certain claims be dismissed and this action proceed against Defendant Gray on Plaintiff's claim that Defendant Gray retaliated against Plaintiff by extending his probation based on fabricated evidence. (Id.) The findings and recommendations was served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within thirty days from the date of service. (Id.) On April 12, 2021, Plaintiff filed a document entitled "Plaintiff's request to withdrawl [sic] response to findings and recommendations in this case." (ECF No. 7.) Plaintiff stated that he wished to withdraw his response to the findings and recommendations in this case and amend. (Id. at 1.) The magistrate judge issued an order noting that no response to the findings and recommendations had been filed so there was no response to be withdrawn and that Plaintiff also stated that he was unable to prosecute this case and was seeking an order in another case. (ECF No. 8 at 1-2.) The magistrate judge found that it was unclear whether Plaintiff was seeking to file an amended complaint or if he wished to dismiss this action. (Id. at 2.) Plaintiff was ordered to either file a first amended complaint or a notice of voluntary dismissal within fourteen days of April 15, 2021. (Id.)

1

On April 19, 2021, Plaintiff filed a document that stated, "REQUEST RECONCIDERATOIN [sic] U.S. DISTRICT COURT EASTERN DISTICT [sic] OF CALIFORNIA MAGISTRATES JUDGES [sic] RULING FINDINGS AND RECOMMENDATIONS". (ECF No. 10.) On May 6, 2021, Plaintiff filed a notice entitled "ORDER REQUIRING PLAINTIFF FILE AN AMENDED COMPLAINT OR NOTICE OF VOLUNTARY DISMISSAL". (ECF No. 12.) Upon review of the document, it appears to be a handwritten copy of the magistrate judge's April 15, 2021 order.

Plaintiff has been provided with the opportunity to file an amended complaint and has failed to comply with the April 15, 2021 order by filing an amended complaint or a notice indicating that he wishes to dismiss this action. Therefore, it appears Plaintiff wishes to stand by his previous notice to proceed on the cognizable claims.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed April 5, 2021, is ADOPTED IN FULL;
2. This action shall proceed on Plaintiff's retaliation claim against Defendant Gray based on extending his probation;
3. All other claims are dismissed for failure to state a claim; and
4. This matter is referred back to the magistrate judge for initiation of service of process.

IT IS SO ORDERED.

Dated:   May 18, 2021

SENIOR DISTRICT JUDGE