# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDY GRAY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00421-AWI-SAB<br><br>ORDER AUTHORIZING SERVICE OF COMPLAINT, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(ECF No. 1) |

William J. Gradford ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On April 5, 2021, the undersigned filed findings and recommendations recommending that this action proceed against Andy Gray ("Defendant") on Plaintiff's retaliation claim based on Defendant extending Plaintiff's probation and that all other claims be dismissed.  The findings and recommendations were adopted in full on May 19, 2021, and the matter was referred back to the undersigned for initiation of service of process.

Accordingly, it is HEREBY ORDERED that:

1.　　　Service shall be initiated on the following defendants:

**ANDY GRAY**

2.　　　The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the

1

complaint filed March 15, 2021;

      3.     Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

      a.     One completed summons for each defendant listed above;

      b.     One completed USM-285 form for each defendant listed above; and

      c.     Two (2) copies of the endorsed complaint filed March 15, 2021;

      4.     Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

      5.     The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **May 19, 2021**  

                            UNITED STATES MAGISTRATE JUDGE