# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>      Plaintiff,<br><br>    v.<br><br>ANDY GRAY,<br><br>      Defendant. | Case No. 1:21-cv-00421-AWI-SAB<br><br>ORDER DISREGARDING UNSIGNED OBJECTIONS AND DIRECTING CLERK OF THE COURT TO RE-SERVE MAY 19, 2021 ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND MAY 19, 2021 ORDER AUTHORIZING SERVICE OF THE COMPLAINT AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(ECF Nos. 13, 14)<br><br>THIRTY DAY DEADLINE |

William J. Gradford ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On May 19, 2021, the district judge adopting pending findings and recommendations in this matter and this matter is now proceeding against Defendant Gray on a retaliation claim with all other claims and defendants having been dismissed. (ECF No. 13.) On this same date, Plaintiff was ordered to complete and return service documents within thirty days. (ECF No. 14.) On June 7, 2021, both the May 19, 2021 order adopting the findings and recommendations and order authorizing service of the complaint and forwarding the service documents were returned by the United States Postal Service marked

1

"Undeliverable, Unable to Forward."

On July 2, 2021, Plaintiff filed an untimely and unsigned document that is entitled "Plaintiff's Objectoin [sic] to Magistrate Judges Findings and Recommendations." (ECF No. 15.) Unsigned documents cannot be considered by the Court, and the objection shall be disregarded on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

The document indicates that Plaintiff's mailing address is 7636 Monterey Avenue, Ceres, CA 95307. (Id. at 2.) The Court notes that this is the same address from which the prior orders were returned as undeliverable. The Court shall have the prior orders re-served and shall grant Plaintiff an additional thirty days to return the service documents.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unsigned objections to the findings and recommendations, filed July 2, 2021, are DISREGARDED;

2. The Clerk of the Court is DIRECTED to serve a copy of the May 19, 2021 order adopting findings and recommendations and dismissing certain claims (ECF No. 13) and the May 19, 2021 order authorizing service of the complaint and forwarding service documents to Plaintiff for completion and return within thirty days (ECF No. 14) on Plaintiff;

3. Plaintiff SHALL RETURN the completed service documents within **thirty (30) days** of the date of service of this order; and

4. Plaintiff is advised that the failure to return the service documents in compliance with this order will result in this action being dismissed for failure to comply and failure to prosecute.

IT IS SO ORDERED.

Dated: **July 6, 2021**

UNITED STATES MAGISTRATE JUDGE