# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDY GRAY,<br><br>        Defendant. | Case No.  1:21-cv-00421-AWI-SAB<br><br>ORDER GRANTING MOTION TO RESEND SERVICE DOCUMENTS AND DIRECTING CLERK OF THE COURT TO RE-SERVE MAY 19, 2021 ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND MAY 19, 2021 ORDER AUTHORIZING SERVICE OF THE COMPLAINT AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(ECF Nos. 13, 14, 17)<br><br>THIRTY DAY DEADLINE |

      William J. Gradford ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On May 19, 2021, the district judge adopted pending findings and recommendations in this matter and this matter is now proceeding against Defendant Andy Gray on a retaliation claim with all other claims and defendants having been dismissed.  (ECF No. 13.)  On this same date, Plaintiff was ordered to complete and return service documents within thirty days.  (ECF No. 14.)  On June 7, 2021, both the May 19, 2021 order adopting the findings and recommendations and order authorizing service of the complaint

1 and forwarding the service documents were returned by the United States Postal Service marked
2 "Undeliverable, Unable to Forward." On July 2, 2021, Plaintiff filed an untimely and unsigned
3 document that is entitled "Plaintiff's Objectoin [sic] to Magistrate Judges Findings and
4 Recommendations." (ECF No. 15.) On July 7, 2021, noting the document indicated that
5 Plaintiff's mailing address was the same address from which the prior orders were returned as
6 undeliverable, ordered the prior orders re-served and granted Plaintiff thirty days to return the
7 service documents. (ECF No. 16.) The Court also disregarded the unsigned objections. (Id.)

8 On July 22, 2021, Plaintiff filed a document that was entered on the docket as a motion to
9 resend service of process. (ECF No. 17.) The document appears to simply request the Court to
10 resend the service of process forms. (Id.) Given Plaintiff's *pro se* status, the Court shall resend
11 the May 19, 2021 orders, and extend the time for Plaintiff to return the completed service
12 documents an additional thirty (30) days from the date of service of this order.

13 Accordingly, IT IS HEREBY ORDERED that:

14 1. Plaintiff's motion to resend service of process forms (ECF No. 17) is GRANTED;
15 2. The Clerk of the Court is DIRECTED to serve a copy of the May 19, 2021 order
16 adopting findings and recommendations and dismissing certain claims (ECF No.
17 13) and the May 19, 2021 order authorizing service of the complaint and
18 forwarding service documents to Plaintiff for completion and return within thirty
19 days (ECF No. 14) on Plaintiff;
20 3. Plaintiff SHALL RETURN the completed service documents within **thirty (30)**
21 **days** of the date of service of this order; and

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

4. Plaintiff is advised that the failure to return the service documents in compliance with this order will result in this action being dismissed for failure to comply and failure to prosecute.

IT IS SO ORDERED.

Dated: **July 26, 2021**

UNITED STATES MAGISTRATE JUDGE

3