1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  WILLIAM J. GRADFORD, | Case No.  1:21-cv-00421-AWI-SAB |
| 12        Plaintiff, | ORDER GRANTING ADDITIONAL THIRTY DAYS TO RESEND SERVICE DOCUMENTS AND DIRECTING CLERK OF THE COURT TO RE-SERVE MAY 19, 2021 ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND MAY 19, 2021 ORDER AUTHORIZING SERVICE OF THE COMPLAINT AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| 13        v. | |
| 14  ANDY GRAY, | |
| 15        Defendant. | |
| 16 | |
| 17 | |
| 18 | (ECF Nos. 13, 14, 17, 19) |
| 19 | THIRTY DAY DEADLINE |

20

21        William J. Gradford ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this civil

22  rights action pursuant to 42 U.S.C. § 1983.  On May 19, 2021, the district judge adopted pending

23  findings and recommendations in this matter and this matter is now proceeding against

24  Defendant Andy Gray on a retaliation claim with all other claims and defendants having been

25  dismissed.  (ECF No. 13.)  On this same date, Plaintiff was ordered to complete and return

26  service documents within thirty days.  (ECF No. 14.)  On June 7, 2021, both the May 19, 2021

27  order adopting the findings and recommendations and order authorizing service of the complaint

28  and forwarding the service documents were returned by the United States Postal Service marked

"Undeliverable, Unable to Forward."  On July 2, 2021, Plaintiff filed an untimely and unsigned document that is entitled "Plaintiff's Objectoin [sic] to Magistrate Judges Findings and Recommendations."  (ECF No. 15.)  On July 7, 2021, noting the document indicated that Plaintiff's mailing address was the same address from which the prior orders were returned as undeliverable, ordered the prior orders re-served and granted Plaintiff thirty days to return the service documents.  (ECF No. 16.)  The Court also disregarded the unsigned objections.  (Id.)

On July 22, 2021, Plaintiff filed a document that was entered on the docket as a motion to resend service of process.  (ECF No. 17.)  On July 26, 2021, the Court granted the motion, resent the May 19, 2021 orders, and extended the time for Plaintiff to return the completed service documents by thirty days.  (Id.)  On August 12, 2021, Plaintiff filed what appears to be a response to the July 26, 2021 order.  (ECF No. 19.)  However, the documents as submitted are largely illegible, contain information and case numbers pertaining to multiple cases not before the undersigned judge, and the service documents have not been properly filled out.

Given Plaintiff's *pro se* status, the Court shall resend the May 19, 2021 orders, and extend the time for Plaintiff to return the completed service documents an additional thirty (30) days from the date of service of this order.  However, **Plaintiff is warned that this is the final extension of time that the Court will allow.**

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to serve a copy of the May 19, 2021 order adopting findings and recommendations and dismissing certain claims (ECF No. 13) and the May 19, 2021 order authorizing service of the complaint and forwarding service documents to Plaintiff for completion and return within thirty days (ECF No. 14) on Plaintiff;

2. Plaintiff SHALL RETURN the completed service documents within **thirty (30) days** of the date of service of this order; and

/ / /

/ / /

/ / /

3.     Plaintiff is advised that the failure to return the service documents in compliance with this order will result in this action being dismissed for failure to comply and failure to prosecute.

IT IS SO ORDERED.

Dated:   **August 16, 2021**

UNITED STATES MAGISTRATE JUDGE

3