# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDY GRAY,<br><br>  Defendant. | Case No. 1:21-cv-00421-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(ECF No. 22) |

William J. Gradford ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On September 30, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to prosecute and failure to comply with court orders. (ECF No. 22.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. On October 8, 2021, Plaintiff filed objections to the findings and recommendations. (ECF No. 23.) The objections do not substantively address the findings and recommendations.[1]

---

[1] Due to the ambiguous content of the objections, it is not precisely clear if Plaintiff may have been objecting to an earlier findings and recommendations initially issued on May 19, 2021 (ECF No. 13), and most recently re-served

1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Eastern District of
2  California Local Rule 304, this Court has conducted a de novo review of this case.  Having
3  carefully reviewed the entire file, including the October 8, 2021 objections, the Court concludes
4  that the findings and recommendations are supported by the record and proper analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.   The findings and recommendations issued by the magistrate judge on September
7         30, 2021 (ECF No. 22), are ADOPTED in full;
8    2.   This action is DISMISSED for Plaintiff's failure to prosecute and failure to
9         comply with court orders; and
10   3.   The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  November 17, 2021                             _____
                                                      SENIOR DISTRICT JUDGE

---

28  on August 24, 2021, to Plaintiff's updated address. The September 30, 2021 findings and recommendations were served at Plaintiff's most recently provided address.

2